MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
M. ELIZABETH HOLT (State Bar No. 263206)
eha@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

PHILIP W. BLEDSOE (*Pro Hac Vice Pending*)
pbledsoe@polsinelli.com
BENNETT L. COHEN (*Pro Hac Vice Pending*)
bcohen@polsinelli.com
POLSINELLI LLP
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (303) 572-9300
Facsimile: (303) 572-7883

Attorneys for Defendants
XeDAR Corporation; Hugh H. Williamson III;
and IHS Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC. and 100 PCT INC., <br><br> Plaintiffs, <br><br> vs. <br><br> XEDAR CORPORATION; HUGH H. WILLIAMSON III; AND IHS, INC., <br><br> Defendants. | Case No. 3:13-cv-01793-EDL <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF ATTORNEY BENNETT L. COHEN** <br><br> The Hon. Elizabeth D. Laporte <br><br> Action Filed:   April 19, 2013 <br> Trial Date:      None Set |

12366.0001/2702675.1                                                  3:13-cv-01793-EDL

[PROPOSED] ORDER RE: ATTORNEY COHEN

1  Bennett L. Cohen, whose business address is 1515 Wynkoop Street, Suite 600, Denver,
2 Colorado 80202, and whose telephone number is (303) 572-9300, and who is an active member in
3 good standing of the bar of the states of Colorado and Missouri, having applied in the above-
4 entitled action for admission to practice in the Northern District of California on a pro hac vice
5 basis, representing defendants XeDAR Corporation; Hugh H. Williamson III; and IHS Inc. in the
6 above-entitled action,

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8 conditions of Civil L.R. 11 3.  All papers filed by the attorney must indicate appearance pro hac
9 vice.  Service of papers upon and communication with co-counsel designated in the application
10 will constitute notice to the party.

11 DATED:   June 11, 2013

_____
The Honorable Elizabeth D. LaPorte
UNITED STATES MAGISTRATE JUDGE