# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC. and 100 PCT INC., <br><br> Plaintiffs, <br><br> v. <br><br> XEDAR CORPORATION, HUGH H. WILLIAMSON III; AND IHS, INC., <br><br> Defendants. | Case No. 3:13-cv-01793 EDL  (NC) <br><br> **ORDER SETTING SETTLEMENT CONFERENCE** |

This case was referred to this Court by Magistrate Judge Elizabeth D. Laporte  for a settlement conference. The conference will be held on **June 3, 2014 at 9:30 a.m.** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.  If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov or 415.522.2039.  Please see this Court's Settlement Conference Standing Order for more information.

IT IS SO ORDERED.

DATED: August 13, 2013

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.  3:13-cv-01793 EDL (NC)
ORDER SETTING SETTLEMENT CONFERENCE