1  DAVID P. NEMECEK, JR. (State Bar No. 194402)
   david@qnlawgroup.com
2  YUNJI WILLA QIAN (State Bar No. 271723)
   willa@qnlawgroup.com
3  AIMINH T. NGUYEN (State Bar No. 206878)
   aiminh@qnlawgroup.com
4  QIAN & NEMECEK LLP
   135 Main Street, Ninth Floor
5  San Francisco, CA 94105
   Telephone:    (415) 475-2814
6  Facsimile:    (415) 520-2078
   Attorneys for Plaintiffs and Counterclaim Defendants CAPITAL GROUP
7  COMMUNICATIONS, INC. and 100 PCT INC.

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC. and 100 PCT INC., <br><br> Plaintiffs, <br><br> vs. <br><br> XEDAR CORPORATION; HUGH H. WILLIAMSON III; AND IHS, INC., <br><br> Defendants. | Case No. 3:13-cv-01793-EDL <br><br> **JOINT MOTION TO EXTEND BRIEFING DEADLINES CONCERNING DEFENDANTS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS AND PARTIAL SUMMARY JUDGMENT ON DEFENDANT XEDAR'S COUNTERCLAIM AS MODIFIED** <br><br> Action Filed:   April 19, 2013 <br> Trial Date:     August 11, 2014 |

Plaintiffs Capital Group Communications, Inc. and 100 PCT, Inc. and Defendants XeDAR Corporation, Hugh Williamson III, IHS, Inc., and (collectively "the Parties"), jointly file this Motion to extend the time for Plaintiffs to file their opposition to Defendants Motion for Summary Judgment on Plaintiffs' Claims and Partial Summary Judgment on Defendant XeDAR's counterclaim (the "Motion") to April 21, 2014 and to extend the time for Defendants to file their reply to Plaintiffs' opposition to April 25, 2014.

1.     On February 20, 2014, the Parties engaged in a mediation hosted by the Ninth Circuit Mediator. The Parties made substantial progress toward settlement at that mediation, but

1 this matter has not been resolved.

2. The Parties planned their discovery with the possibility of settlement in mind. Accordingly, the Parties did not schedule depositions prior to the February 20, 2014 mediation. After the mediation, Plaintiffs noticed depositions for mid-March shortly before and on the date of the fact discovery cut-off of March 11, 2014. Plaintiffs agreed to continue those depositions at the request of counsel for Defendants because of scheduling conflicts and an upcoming trial in a separate matter.

3. The Parties then filed a joint motion to extend the fact discovery cut-off in this matter to April 18, 2014, which this Court granted. Dkt. No. 49.

4. Plaintiffs renoticed the depositions of Defendants XeDAR pursuant to Fed. R. Civ. P. 30(b)(6) and Hugh H. Williamson, III. In order to accommodate Mr. Williamson's travel schedule, the Parties have agreed that both of those depositions shall go forward on April 18, 2014, which is after the deadline for Plaintiffs to file their opposition to Defendants' Motion. Plaintiffs believe that Mr. Williamson is a critical witness whose testimony is needed in order to oppose Defendants' Motion.

5. Plaintiffs therefore request an extension of time to April 21, 2014 to file their opposition to Defendants Motion so that they may include excerpts of the deposition testimony of XeDAR and Mr. Williamson in their opposition brief. Defendants do not oppose Plaintiffs' request.

6. Defendants request an extension of time to file their reply to Plaintiffs' opposition to April 25, 2014. Defendants will endeavor to file their reply brief as soon as possible after Plaintiffs file their opposition brief. Plaintiffs do not oppose Defendants' request.

7. The parties considered extending the time for the hearing on Defendants' Motion but were unable to do so because of scheduling conflicts and the upcoming settlement conference

for this matter, which is scheduled for June 3, 2014.

WHEREFORE, the parties jointly request that the Court grant the Plaintiffs an extension of time to file their opposition to Defendants' Motion to April 21, 2014 and grant Defendants an extension of time to file their reply to Plaintiffs' opposition to April 25, 2014.

DATED:  April 11, 2014              Respectfully submitted,

                                  POLSINELLI LLP

                                  By: *s/ Philip W. Bledsoe*
                                  Philip W. Bledsoe (*Pro Hac Vice*)
                                  pbledsoe@polsinelli.com
                                  Bennett L. Cohen (*Pro Hac Vice*)

                                  SEVERSON & WERSON
                                  A Professional Corporation
                                  Mark J. Kenney
                                  Elena Kouvabina

                                  Attorneys for Defendants
                                  XeDAR Corporation, Hugh H. Williamson III, and IHS Inc.

                                  QIAN & NEMECEK LLP

                                  By: *s/ David P. Nemecek*

                                  DAVID P. NEMECEK, JR.
                                  david@qnlawgroup.com
                                  YUNJI WILLA QIAN
                                  AIMINH T. NGUYEN
                                  135 Main Street, Ninth Floor
                                  San Francisco, CA  94105
                                  Attorneys for Plaintiff
                                  Capital Group Communications, Inc. and 100 PCT Inc.

So Ordered, this 14th day of April, 2014. *The hearing on the Motion for Summary Judgment is continued to June 2, 2014, at 2:00 p.m.

*[signature: Elizabeth D. LaPorte]*

The Hon. Elizabeth D. LaPorte
United States Magistrate Judge